# *Ex parte* Perryman.

## *Prohibition.*

(Decided June 2, 1908. 46 South. 866.)

*Prohibition; Denial of Writ; Moot Question.*—When a statute has been repealed the question of its validity becomes a moot one and will not be considered on application for prohibition.

Original petition in Supreme Court.

Ira Perryman sought a writ of prohibition against Hon. Thomas W. Coleman, Jr., judge of the city court of Anniston to require him to proceed under an act to define who are delinquent children, and to provide for their arrest, care and reformation. The court having at that time pending before it an indictment charging Ira Perryman with murder. Writ denied.

KNOX, ACKER & BLACKMON, and BLACKWELL & AGEE, for petitioner. Counsel discuss the constitutionality of the act but do not discuss the points decided.

H. D. McCARTY, and W. C. TUNSTALL, JR., for respondent.

SIMPSON, J.—This is an application for a writ of prohibition, based on the provisions of "an act to define who are delinquent children, and to provide for their arrest, care and reformation."—Acts 1907, p. 442. Said act has been repealed by the act approved November 23, 1907. Hence there is no necessity for an investigation and determination of the constitutional points raised; the defendant not having been deprived of any constitutional right, and there being now no juvenile court to which he could be sent, the question is a moot one, and the writ is denied.

Petition denied.

TYSON, C. J., and ANDERSON and DENSON, JJ., concur.